**Exhibit "3"**

**Notice of Dismissal**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------- X

AMERICAN TRANSIT INSURANCE COMPANY,    )
                                                                     )
                                            Plaintiff,               )      **22-CV-6585 (BMC)**
                                                                     )
            -against-                                                )
                                                                     )      **NOTICE OF VOLUNTARY**
QBS SOLUTIONS INC., ET AL.,                                          )      **DISMISSAL PURSUANT TO**
                                                                     )      **FED. R. CIV. P. 41(a)(1)(A)(i)**
                                            Defendants.              )
                                                                     )
                                                                     )

------------------------------------------------------------------ X

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff American

Transit Insurance Company, and its counsel, hereby give notice that the above-captioned action is

voluntarily dismissed with prejudice against Defendants Joseph Sofiev and QBS Solutions Inc.

Dated:  New York, New York
              November 21 , 2022

**MORRISON MAHONEY LLP**


By: /s/ Lee Pinzow
        Robert A. Stern, Esq.
        James A. McKenney, Esq.
        Lee Pinzow, Esq.
        Wall Street Plaza
        88 Pine Street, Suite 1900
        New York, New York 10005
        *Counsel for Plaintiff American Transit*
        *Insurance Company*